AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| | |
|---|---|
| United States of America<br>v.<br>**Karon-Omar Gary**<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:23mj86<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>December 4, 2023</u> in the <u>Eastern District of Virginia</u>, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. §§ 1708, 2 | Mail Theft |
| 18 U.S.C. §§ 1704, 2 | Possession of U.S. Postal Service Keys |

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Julie D. Podlesni
Assistant United States Attorney

_____
*Complainant's signature*

Stefan Hinds, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 4, 2023

_____
*Judge's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*